JS-6

Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
2103 Montrose Ave., Suite D
Montrose, CA 91020

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Rashel Damavandi

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rashel Damavandi, an Individual,<br><br>    Plaintiff,<br><br>    vs.<br><br> MERCEDES- BENZ USA, LLC, and DOES 1-25, Inclusive,<br><br>    Defendants | Case No.: 2:19-cv-10220 RGK (JPRx)<br><br>Hon. R. Gary Klausner<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT MERCEDES- BENZ USA, LLC AND THE ENTIRE CASE [24] |

  Plaintiff Rashel Damavandi and Defendant MERCEDES- BENZ USA, LLC have announced to the Court that all matters in controversy between them have been resolved.

  A Stipulation of Dismissal with Prejudice has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice, the Court

makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Rashel Damavandi against Defendant MERCEDES- BENZ USA, LLC are in all respects dismissed with prejudice.  Additionally, since there are no remaining defendants, the entire Case is dismissed with Prejudice.

DATED this 23rd day of December 2020.

*/s/ Gary Klausner*

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE